FILED

02/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0441

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0441

_____

IN RE THE PARENTING OF:
L.D.C.,

     A Minor Child,

VALERIE L. CALF BOSS RIBS,

     Petitioner and Appellant,

          O R D E R

   v.

DANIEL J. CORNELIUS,

     Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert G. Olson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2022